# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JANELL BYARS**                                                                                              **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO.: 3:19-CV-660 DCB-JCG**

**ASBURY MANAGEMENT SERVICES, LLC, d/b/a ASBURY
AUTOMOTIVE GROUP and GRAY DANIELS FORD-LINCOLN;
ASBURY AUTOMOTIVE MISSISSIPPI L.L.C., d/b/a ASBURY
AUTOMOTIVE GROUP and GRAY DANIELS FORD-LINCOLN;
ASBURY MS GRAY-DANIELS L.L.C., d/b/a ASBURY
AUTOMOTIVE GROUP and GRAY DANIELS FORD-LINCOLN;
and JOHN DOES (1-10)**                                                    **DEFENDANTS**

## ORDER

The parties have jointly moved to reset the limited discovery deadline in this case to April 10, 2020 and to reset the supplemental briefing deadline to April 30, 2020. For good cause shown, the joint motion is **GRANTED.** The deadline for the limited discovery period related to the employment arbitration issue is reset to April 10, 2020. The deadline for the parties to file supplemental briefs related to the employment arbitration issue is reset to April 30, 2020.

**SO ORDERED,** this the 5th day of February, 2020.

                                                                               s/David Bramlette
                                                                               JUDGE DAVID BRAMLETTE