**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JANELL BYARS**                                                                             **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 3:19-CV-00660-DCB-JCG**

**ASBURY MANAGEMENT SERVICES, LLC, d/b/a ASBURY
AUTOMOTIVE GROUP and GRAY DANIELS FORD-LINCOLN;
ASBURY AUTOMOTIVE MISSISSIPPI L.L.C., d/b/a ASBURY
AUTOMOTIVE GROUP and GRAY DANIELS FORD-LINCOLN;
ASBURY MS GRAY-DANIELS L.L.C., d/b/a ASBURY
AUTOMOTIVE GROUP and GRAY DANIELS FORD-LINCOLN;
and JOHN DOES (1-10)**                                        **DEFENDANTS**

## ORDER

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion [Docket 36] to reset the deadline for the parties to submit supplemental briefs related to the employment arbitration issue by one day to the close of business on June 22, 2020.  The Court having duly considered same, and noting the motion is unopposed, finds that said motion is well-taken and should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Unopposed Motion [Docket 36] is granted, and the deadline for the parties to file supplemental briefs related to the employment arbitration issue is reset to the close of business on Monday, June 22, 2020.

**SO OREDERED**, this the  18th day of June, 2020.

                                                                       s/David Bramlette
                                                                       JUDGE DAVID BRAMLETTE